IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Eugene Horkay, Jr., | NO. C 06-03395 JW |
|     Plaintiff, | **ORDER ADVANCING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Frederick C. Beck, et al. | |
|     Defendants. | |

The Court advances the case management conference currently set for October 30, 2006 to **October 23, 2006 at 10 a.m.** to coincide with conferences in several related cases.

Dated:  October 17, 2006

                                          JAMES WARE
                                          United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Christina Leigh Wu christinawu@quinnemanuel.com
Douglas Leavitt LEAVITT@DS-L.COM
3  John M. Potter johnpotter@quinnemanuel.com
Jonathan Herschel Bornstein jonathan@bornsteinandbornstein.com
4  Patrick C. Doolittle patrickdoolittle@quinnemanuel.com
Scott G. Lawson scottlawson@quinnemanuel.com
5  Susan Germer susangermer@quinnemanuel.com

7  **Dated:  October 17, 2006**                          Richard W. Wieking, Clerk

                                                         **By:   /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California